■ In the Matter of Frederic D. Walker (Admitted as Frederic D. Wolkoff), a Disbarred Attorney. [632 NYS2d 960] —Motion granted, the Hearing Panel's report confirmed and petitioner reinstated as an attorney and counselor-at-law in

the State of New York effective immediately. No opinion. Concur—Sullivan, J. P., Ellerin, Asch and Nardelli, JJ.